IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03042-REB-BNB

FASTENAL COMPANY,

Plaintiff,

v.

NEW ELK COAL COMPANY, LLC, a Colorado limited l

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Joint Motion to Suspend Deadlines** [docket no. 10, filed February 7, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED.  The Scheduling Conference and all related deadlines set for February 20, 2013, is **VACATED**.

     IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **May 23, 2013**, or a status report addressing why dismissal has not been accomplished.

DATED:  February 7, 2013